■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK D. WALLACE, Appellant. (Appeal No. 2.) [648 NYS2d 405] —Judgment unanimously affirmed (*see, People v McCall*, 231 AD2d 859 [decided herewith]). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Criminal Possession Weapon, 3rd Degree.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTINA M. SANFORD, Appellant. [648 NYS2d 405] —Judgment unanimously affirmed. Memorandum: County Court properly exercised its discretion in denying the motion of defendant to withdraw her guilty plea. "The record shows that defendant was advised of [her] rights and that [her] *Alford* plea (*see, North Carolina v Alford*, 400 US 25) was knowingly, intelligently and voluntarily entered with a full understanding of its consequences" (*People v Alfieri*, 201 AD2d 935, *lv denied* 83 NY2d 908). Further, the proof that the People intended to offer at trial, placed on the record by the District Attorney, contained strong evidence of defendant's guilt (*see, People v Alfieri, supra*). (Appeal from Judgment of Steuben County Court, Scudder, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.

■ In the Matter of JAKE SIMMONS, Appellant, v PHILIP COOMBE, JR., as Acting Commissioner of New York State Department of Correctional Services, Respondent. [648 NYS2d 406] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Dadd, J. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—CPLR art 78.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.